# EXHIBIT A

The
United
States
of
America

### The Director of the United States Patent and Trademark Office

*Has received an application for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.*

*Therefore, this*

## United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America, or importing the design into the United States of America for the term of fourteen years from the date of grant of this patent.*

*Director of the United States Patent and Trademark Office*

(12) **United States Design Patent** (10) Patent No.: **US D504,519 S**

Wehner (45) Date of Patent: ✱✱ **Apr. 26, 2005**

(54) **COLLAPSIBLE ENCLOSURE**

(76) Inventor: **Scott Wehner**, 4407 W. Stanley Rd., Mt. Morris, MI (US) 48458

(✱✱) Term: **14 Years**

(21) Appl. No.: **29/211,188**

(22) Filed: **Aug. 11, 2004**

**Related U.S. Application Data**

(63) Continuation of application No. 10/889,675, filed on Jul. 13, 2004.

(51) LOC (7) Cl. ..................................................... **25-03**
(52) U.S. Cl. ............................. **D25/33**; D25/1; D25/22
(58) Field of Search ............................. D25/33, 22, 1; 135/87, 908, 125, 143; D21/834, 837; D6/432, 433; 52/79.5

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,810,482 A | | 5/1974 | Beavers |
| 3,941,140 A | | 3/1976 | Beavers |
| 4,026,312 A | | 5/1977 | Beavers |
| D276,466 S | ✱ | 11/1984 | Giovagnoli .................. D25/1 |
| D300,362 S | ✱ | 3/1989 | Adams ........................ D25/33 |
| 4,941,499 A | | 7/1990 | Pelsue et al. |
| 4,998,552 A | | 3/1991 | Niksic et al. |
| 5,222,513 A | | 6/1993 | Hilliard |
| 5,671,766 A | ✱ | 9/1997 | Williams ................... 135/121 |

OTHER PUBLICATIONS

Ameristep Quality Hunting, 2002.
Ameristep Quality Hunting—A Step Above, 2003 Product Catalog.

✱ cited by examiner

*Primary Examiner*—Doris Clark
(74) *Attorney, Agent, or Firm*—Young & Basile, P.C.

(57) **CLAIM**

The ornamental design for a collapsible enclosure, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of the collapsible enclosure showing my new design;
FIG. 2 is a front elevational view of the collapsible enclosure of FIG. 1;
FIG. 3 is a rear elevational view of the collapsible enclosure of FIG. 1;
FIG. 4 is a side elevational view of the collapsible enclosure of FIG. 1, the opposite side being a mirror image thereof;
FIG. 5 is a top plan view of the collapsible enclosure of FIG. 1; and,
FIG. 6 is a bottom plan view of the collapsible enclosure of FIG. 1.
The broken lines showing additional detail are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**





FIG - 1



FIG - 2



**FIG - 3**



**FIG - 4**



**FIG - 5**



**FIG - 6**

# EXHIBIT B



# The United States of America

### The Director of the United States Patent and Trademark Office

*Has received an application for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.*

*Therefore, this*

## United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America, or importing the design into the United States of America for the term of fourteen years from the date of grant of this patent.*

*Jon W. Dudas*

*Director of the United States Patent and Trademark Office*

(12) **United States Design Patent**     (10) Patent No.:     **US D505,176 S**

Wehner     (45) Date of Patent:     ** May 17, 2005

(54) **COLLAPSIBLE ENCLOSURE**

(76) Inventor:   **Scott Wehner**, 4407 W. Stanley Rd., Mt. Morris, MI (US) 48458

(**) Term:   **14 Years**

(21) Appl. No.: **29/199,674**

(22) Filed:   **Feb. 17, 2004**

(51) **LOC (7) Cl.** .................................................... **21-04**
(52) **U.S. Cl.** ...................................... **D21/834; D21/838**
(58) **Field of Search** ................................ D21/834–840; D25/16, 19, 26, 13, 32; 135/97, 123–126, 128, 135, 136, 143, 147, 156, 115, 121, 900–902, 160; 446/487, 478

(56)     **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | | |
|---|---|---|---|---|
| 837,802 A | * | 12/1906 | Dalton | .......................... 135/117 |
| 2,737,397 A | * | 3/1956 | Turner | .......................... 135/901 |
| 2,810,390 A | * | 10/1957 | Wallace et al. | .............. 135/160 |
| 2,960,992 A | * | 11/1960 | Klipfel | .......................... 135/123 |
| 3,114,377 A | * | 12/1963 | Clement | ..................... 135/160 |
| 3,739,536 A | * | 6/1973 | Ward | .......................... 135/901 |
| 3,810,482 A | | 5/1974 | Beavers | |
| 3,826,270 A | * | 7/1974 | Hentges | ..................... 135/901 |
| 3,941,140 A | | 3/1976 | Beavers | |
| 4,026,312 A | | 5/1977 | Beavers | |
| 4,941,499 A | | 7/1990 | Pelsue et al. | |
| 4,998,552 A | | 3/1991 | Niksic et al. | |
| 5,117,853 A | * | 6/1992 | Pruesner | ..................... 135/121 |
| 5,671,766 A | * | 9/1997 | Williams | ..................... 135/143 |
| D429,307 S | * | 8/2000 | Wu et al. | ................... D21/834 |

**OTHER PUBLICATIONS**

Ameristep Quality Hunting, 2002.
Ameristep Quality Hunting—A Step Above, 2003 Product Catalog.

* cited by examiner

*Primary Examiner*—Raphael Barkai
(74) *Attorney, Agent, or Firm*—Young & Basile, P.C.

(57)     **CLAIM**

The ornamental design for a collapsible enclosure, as shown in the attached drawings.

**DESCRIPTION**

FIG. **1** is a perspective view of the collapsible enclosure showing my new design;
FIG. **2** is a front view of the collapsible enclosure of FIG. **1**;
FIG. **3** is a rear plan view of the collapsible enclosure of FIG. **1**;
FIG. **4** is a right side plan view of the collapsible enclosure of FIG. **1**;
FIG. **5** is a top plan view of the collapsible enclosure of FIG. **1**; and,
FIG. **6** is a bottom view of the collapsible enclosure of FIG. **1**.

**1 Claim, 3 Drawing Sheets**



Case 2:08-cv-11091-SFC-VMM    May 17, 2005. 1-2    Filed 05/13/08    PageID.176    Page 10 of 30



FIG - 1

FIG - 2

Case 2:08-cv-12159-SFC-VMM   ECF No. 1-2   filed 05/19/08   PageID.18   Page 11 of 30



FIG - 3



FIG - 4

Case 2:08-cv-12199-SFC-VMM ECF No. 1-2 filed 05/19/08 PageID.19 Page 12 of 30



**FIG - 5**



**FIG - 6**

# EXHIBIT C



US00D527786S

(12) **United States Design Patent**

Wehner

(10) Patent No.:  **US D527,786 S**

(45) Date of Patent:  ✱✱  **Sep. 5, 2006**

(54) **ENCLOSURE**

(76) Inventor:  **Scott Wehner,** 4407 W. Stanley Rd.,
Mt. Morris, MI (US) 48458

(✱✱) Term:  **14 Years**

(21) Appl. No.: **29/211,074**

(22) Filed:  **Aug. 11, 2004**

**Related U.S. Application Data**

(63) Continuation of application No. 10/889,675, filed on Jul. 13, 2004.

(51) LOC (8) Cl. .................................................. **21-04**
(52) U.S. Cl. ............................................... **D21/834**
(58) Field of Classification Search ........ D21/834–839; D25/13, 16–20, 26, 56; 135/87, 100, 121, 135/124, 126, 128, 135, 136, 143, 156, 901, 135/902; 446/487, 478
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D193,051 | S | ✱ | 6/1962 | Jacobs ........................ D21/838 |
| 3,941,140 | A | | 3/1976 | Beavers |
| 3,960,161 | A | ✱ | 6/1976 | Norman ...................... 135/126 |
| 4,026,312 | A | ✱ | 5/1977 | Beavers ...................... 135/147 |
| D261,793 | S | ✱ | 11/1981 | Ferguson .................... D21/834 |
| 4,941,499 | A | ✱ | 7/1990 | Pelsue et al. ............... 135/125 |
| 5,137,044 | A | ✱ | 8/1992 | Brady ......................... 135/126 |
| 5,394,897 | A | ✱ | 3/1995 | Ritchey et al. ............. 135/124 |
| D382,623 | S | ✱ | 8/1997 | Bohart ....................... D21/834 |

| | | | | |
|---|---|---|---|---|
| D383,518 | S | ✱ | 9/1997 | Bohart ....................... D21/834 |
| D429,307 | S | ✱ | 8/2000 | Wu et al. .................... D21/834 |
| 6,694,994 | B1 | ✱ | 2/2004 | Zheng ........................ 135/126 |
| D493,505 | S | ✱ | 7/2004 | Arthur ........................ D21/834 |
| 6,851,439 | B1 | ✱ | 2/2005 | Zheng ........................ 135/126 |

OTHER PUBLICATIONS

Ameristep Quality Hunting, 2002.
Ameristep Quality Hunting—A Step Above, 2003 Product Catalog.

✱ cited by examiner

*Primary Examiner*—Holly Baynham
*Assistant Examiner*—Cynthia M. Chin
(74) *Attorney, Agent, or Firm*—Young & Basile, P.C.

(57) **CLAIM**

The ornamental design for an enclosure, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of the enclosure showing my new design;
FIG. 2 is a front elevational view of the enclosure of FIG. 1, the rear being identical thereto;
FIG. 3 is a side elevational view of the enclosure of FIG. 1, the opposite side being identical thereto;
FIG. 4 is a top plan view of the enclosure of FIG. 1; and,
FIG. 5 is a bottom plan view of the enclosure of FIG. 1.
The broken lines showing additional detail are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**



**U.S. Patent**   Sep. 5, 2006   Sheet 1 of 3   **US D527,786 S**



FIG - 1

**U.S. Patent**          Sep. 5, 2006          Sheet 2 of 3          US D527,786 S



FIG - 2



FIG - 3

**U.S. Patent**     Sep. 5, 2006     Sheet 3 of 3     US D527,786 S



**FIG - 4**



**FIG - 5**

# EXHIBIT D



# CERTIFICATE OF REGISTRATION
## PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

***To avoid CANCELLATION of the registration, the owner of the registration must submit a declaration of continued use or excusable non-use between the fifth and sixth years after the registration date. (See next page for more information.) Assuming such a declaration is properly filed, the registration will remain in force for ten (10) years, unless terminated by an order of the Commissioner for Trademarks or a federal court. (See next page for information on maintenance requirements for successive ten-year periods.)***



*Acting Director of the United States Patent and Trademark Office*

**Int. Cl.: 19**

**Prior U.S. Cls.: 1, 12, 33 and 50**

**Reg. No. 2,873,809**

## United States Patent and Trademark Office

Registered Aug. 17, 2004

### TRADEMARK
### PRINCIPAL REGISTER

## SPRINGHOUSE

AMERISTEP, INC. (MICHIGAN CORPORATION)
901 TACOMA ROAD
CLIO, MI 48420

FOR: PRE-FABRICATED GREENHOUSES, IN CLASS 19 (U.S. CLS. 1, 12, 33 AND 50).

FIRST USE 8-1-2003; IN COMMERCE 8-1-2003.

SER. NO. 76-525,210, FILED 6-23-2003.

BRETT J. GOLDEN, EXAMINING ATTORNEY

# EXHIBIT E



## CERTIFICATE OF REGISTRATION
### SUPPLEMENTAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Director of the United States Patent and Trademark Office*

Int. Cl.: 19

Prior U.S. Cls.: 1, 12, 33, and 50

## United States Patent and Trademark Office

Reg. No. 3,030,789

Registered Dec. 13, 2005

## TRADEMARK
## SUPPLEMENTAL REGISTER

# SEEDHOUSE

WORLDWIDE CREATIONS, L.L.C. (MICHIGAN LTD LIAB CO)
901 TACOMA ROAD
CLIO, MI 48420

FOR: PRE-FABRICATED GREENHOUSES, IN CLASS 19 (U.S. CLS. 1, 12, 33 AND 50).

FIRST USE 2-1-2004; IN COMMERCE 2-1-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 76-592,595, FILED P.R. 5-17-2004; AM. S.R. 10-12-2005.

JAMES A. RAUEN, EXAMINING ATTORNEY

# EXHIBIT F

**SunTwist**
PATENTED TECHNOLOGY
**SPRING HOUSE**

VISUAL SUPPORT MATERIALS



**ITEMS:** **UPC**

**DESCRIPTION**
Spring House

**AVAILABLE DATE**
Jan. 2009

| SRP | PACK | DUTY | 40' Qty | CUBE (CBM/CFT) |
|---|---|---|---|---|
| $149.99 | 1 | 0.0% | 535 | 0.107 / 3.762 |
| IMPERIAL | RETAIL (W x H x D) in | UNIT WEIGHT lbs | MASTER (W x H x D) in | MASTER WEIGHT |
| | 32 × 32 × 6 | 37.5 lbs. | 32.25 × 32.25 × 6.25 | 41.25 lbs. |
| METRIC | RETAIL (W x H x D) cm | UNIT WEIGHT kg | MASTER (W x H x D) cm | MASTER WEIGHT |
| | 81.28 × 81.28 × 15.24 | 17.05 kgs. | 81.915 × 81.915 × 15.875 | 18.75 kgs. |
| PKG TYPE | DOM | DI | HTS# | |
| Retail Box | | | | |
| | PRODUCT DIMS (W x H x D) in | | PRODUCT DIMS (W x H x D) cm | AGES |
| | 60 × 78 × 72 | | 152.4 × 198.12 × 182.88 | 3+ |

**FEATURES & BENEFITS**

Light-weight and Portable
Enclosure offers pests protection
One person set-up
EZ Twist n' Fold Patented Technology for quick and easy storage
Carry bag included
Stakes included

**MATERIALS**

PVC and heavy duty fabric lining



**SunTwist**
PATENTED TECHNOLOGY
**SEED HOUSE**

VISUAL SUPPORT MATERIALS

**ITEMS:**   **UPC**

| DESCRIPTION | AVAILABLE DATE |
|---|---|
| Seed House | Jan. 2009 |

| SRP | PACK | DUTY | 40' Qty | CUBE (CBM/CFT) |
|---|---|---|---|---|
| $29.99 | 4 | 0.0% | 3,696 | 0.062 / 2.178 |

| IMPERIAL | RETAIL (W x H x D) in | UNIT WEIGHT lbs | MASTER (W x H x D) in | MASTER WEIGHT |
|---|---|---|---|---|
| | 16 × 16 × 3.5 | 4 lbs. | 16.25 × 16.25 × 14.25 | 17.6 lbs. |

| METRIC | RETAIL (W x H x D) cm | UNIT WEIGHT kg | MASTER (W x H x D) cm | MASTER WEIGHT |
|---|---|---|---|---|
| | 40.64 × 40.64 × 8.89 | 1.82 kgs. | 41.275 × 41.275 × 36.195 | 8.00 kgs. |

| PKG TYPE | DOM | DI | HTS# | |
|---|---|---|---|---|
| Retail Box | | | | |

| PRODUCT DIMS (W x H x D) in | PRODUCT DIMS (W x H x D) cm | AGES |
|---|---|---|
| 30 × 32 × 30 | 76.2 × 81.28 × 76.2 | 3+ |

**FEATURES & BENEFITS**

Light-weight and Portable
Enclosure offers pests protection
EZ Twist n' Fold Patented Technology for quick and easy storage
Carry case included

**MATERIALS**

Tarp and heavy duty fabric lining



**SunTwist**
PATENTED TECHNOLOGY
**PLANT HOUSE**

VISUAL SUPPORT MATERIALS

| ITEMS: | UPC | DESCRIPTION | AVAILABLE DATE |
|---|---|---|---|
| | | Plant House | Jan. 2009 |

| SRP | PACK | DUTY | 40' Qty | CUBE (CBM/CFT) |
|---|---|---|---|---|
| $39.99 | 4 | 0.0% | | 0.000 | 0.000 |

| IMPERIAL | RETAIL (W x H x D) in | UNIT WEIGHT lbs | MASTER (W x H x D) in | MASTER WEIGHT |
|---|---|---|---|---|
| | 17.5 | x | 16.5 | x | 4.5 | | lbs. | | x | | x | | 0 | lbs. |

| METRIC | RETAIL (W x H x D) cm | UNIT WEIGHT kg | MASTER (W x H x D) cm | MASTER WEIGHT |
|---|---|---|---|---|
| | 44.45 | x | 41.91 | x | 11.43 | 0.00 | kgs. | 0 | x | 0 | x | 0 | 0.00 | kgs. |

| PKG TYPE | DOM | DI | HTS# | |
|---|---|---|---|---|
| Retail Box | | 0.00 | | |

| PRODUCT DIMS (W x H x D) in | PRODUCT DIMS (W x H x D) cm | AGES |
|---|---|---|
| 36 | x | 42 | x | 36 | 91.44 | x | 106.68 | x | 91.44 | 3+ |

**FEATURES & BENEFITS**

Light-weight and Portable
Enclosure offers pests protection
EZ Twist n' Fold Patented Technology for quick and easy storage
Carry case included

**MATERIALS**

Tarp and heavy duty fabric lining





